# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDY COVE, INC., et al.,<br><br>                            Plaintiffs,<br><br>v.<br><br>CIRCLE K STORES, INC. and DOES 1 through 20,<br><br>                            Defendants. | Case No. 21-cv-1416-MMA (DEB)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Doc. No. 25] |
| CIRCLE K STORES, INC.,<br><br>                            Counter Claimant,<br><br>v.<br><br>UNIVERSITY CITY MOBIL AND SOUTH BAY, et al.,<br><br>                            Counter Defendants. | |

On January 3, 2022, Plaintiffs filed a motion for leave to file a First Amended Complaint. Doc. No. 25. According to the motion, Plaintiffs seek to add a new Plaintiff, HB Fuel, Inc., and remove previously named Plaintiffs Diamond Bar Petroleum and S & Z Petroleum, Inc. from the caption and from the list of Plaintiffs. *Id.* Defendant stipulates to the relief requested in the instant motion. *Id.* at 2.

Rule 20 of the Federal Rules of Civil Procedure governs joinder of plaintiffs, Fed. R. Civ. P. 20(a)(1), and Rule 15 governs the amendment of pleadings, Fed. R. Civ. P. 15(a). Upon due consideration, the Court finds that leave to amend is warranted under both rules. Therefore, the Court **GRANTS** the motion and **ORDERS** as follows:

1. Plaintiffs must separately file the First Amended Complaint (Doc. No. 25-2 at 1–15) on or before **January 10, 2022**.

2. Defendant must then respond to the First Amended Complaint on or before **January 31, 2022**.

3. Should Defendant bring any counterclaims, all named Counterclaim Defendants must then respond to the counterclaims on or before **February 21, 2022**.

4. Except as noted above, all other dates set forth in the Court's October 21, 2021 Scheduling Order, Doc. No. 23, remain as previously set.

**IT IS SO ORDERED**.

Dated: January 5, 2022

*[Signature]*

HON. MICHAEL M. ANELLO
United States District Judge