# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDY COVE, INC, a California corporation; AAA ABLE, INC, a California corporation, dba UNIVERSITY CITY MOBIL AND SOUTH BAY; S & G ZAVARO, INC., a California corporation, dba MIRAMAR MOBIL; NEWKIRK'S SANTA FE SERVICE, INC., a California corporation; DIAMOND BAR PETROLEUM, INC., a California corporation, dba DIAMOND BAR MOBIL; S & Z PETROLEUM, INC., a California corporation, dba HAVEN MOBIL; OCEANSIDE AKAM OIL INC., a California corporation; and STAFFING AND MANAGEMENT GROUP INC., a California corporation, dba KAZMO, LLC., <br><br>  Plaintiffs, <br><br> vs. <br><br> CIRCLE K STORES, INC., a Texas corporation; and DOES 1 through 20, inclusive, <br><br>  Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. 3:21-cv-01416-MMA-DEB <br><br> **ORDER AMENDING ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER TO CONTINUE FACT COMPLETION DATE AND SCHEDULING DATES THAT FOLLOW FACT COMPLETION DISCOVERY** <br><br> **DKT. NO. 58** |

The Court amends the Order Granting Joint Motion to Modify the Scheduling Order to Continue the Fact Completion Date and Scheduling Dates that Follow Fact Completion Discovery. Dkt. No. 58. The new Scheduling Order dates are:

| Event | Deadline/Date |
|---|---|
| Expert Witness Designations and Disclosures | August 26, 2022 |
| Rebuttal Expert Designations and Disclosures | September 23, 2022 |
| Expert Discovery Cutoff | October 21, 2022 |
| Pre-trial Motion Filing Cutoff | December 9, 2022 |

All other guidelines, deadlines, and requirements remain as previously set. *See* Dkt. Nos. 23, 58.

IT IS SO ORDERED.

Dated: June 1, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge