# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDY COVE, INC, a California corporation; AAA ABLE, INC, a California corporation, dba UNIVERSITY CITY MOBIL AND SOUTH BAY; S & G ZAVARO, INC., a California corporation, dba MIRAMAR MOBIL; NEWKIRK'S SANTA FE SERVICE, INC., a California corporation; DIAMOND BAR PETROLEUM, INC., a California corporation, dba DIAMOND BAR MOBIL; S & Z PETROLEUM, INC., a California corporation, dba HAVEN MOBIL; OCEANSIDE AKAM OIL INC., a California corporation; and STAFFING AND MANAGEMENT GROUP INC., a California corporation, dba KAZMO, LLC., <br><br>           Plaintiffs, <br><br>      vs. <br><br>CIRCLE K STORES, INC., a Texas corporation; and DOES 1 through 20, inclusive, <br><br>           Defendants. <br><br>AND RELATED COUNTERCLAIM | Case No. 3:21-cv-01416-MMA-DEB <br><br>**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER** <br><br>**DKT. NO. 65** |

Before the Court is the parties' Joint Motion to Modify the Scheduling Order. Dkt. No. 65. With good cause appearing, the Court grants the Motion. The new Scheduling Order dates are:

| Event | Deadline/Date |
|---|---|
| Expert Witness Designations and Disclosures | October 10, 2022 |
| Rebuttal Expert Designations and Disclosures | November 7, 2022 |
| Expert Discovery Cutoff | December 9, 2022 |
| Pre-trial Motion Filing Cutoff | January 27, 2022 |

All other guidelines, deadlines, and requirements remain as previously set. *See* Dkt. Nos. 23, 58.

IT IS SO ORDERED.

Dated:   August 11, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge