# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDY COVE, INC, a California corporation; AAA ABLE, INC, a California corporation, dba UNIVERSITY CITY MOBIL AND SOUTH BAY; S & G ZAVARO, INC., a California corporation, dba MIRAMAR MOBIL; NEWKIRK'S SANTA FE SERVICE, INC., a California corporation; DIAMOND BAR PETROLEUM, INC., a California corporation, dba DIAMOND BAR MOBIL; S & Z PETROLEUM, INC., a California corporation, dba HAVEN MOBIL; OCEANSIDE AKAM OIL INC., a California corporation; and STAFFING AND MANAGEMENT GROUP INC., a California corporation, dba KAZMO, LLC., <br><br> Plaintiffs, <br><br> vs. <br><br> CIRCLE K STORES, INC., a Texas corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. 3:21-cv-01416-MMA-DEB <br><br> **ORDER:** <br><br> **(1) DISCHARGING ORDER TO SHOW CAUSE DIRECTED TO MR. COVINGTON;** <br><br> **(2) IMPOSING SANCTION ON CIRCLE K STORES, INC.;** <br><br> **(3) GRANTING MOTIONS TO SEAL [DKT. NOS. 69, 81, 86] AND** <br><br> **(4) SEALING OCTOBER 13, 2022 HEARING AND TRANSCRIPT** |

The Court held a hearing on the Order to Show Cause Directed to Matthew

Stone Covington, Esq. and Circle K Stores, Inc. ("OSC") on October 13, 2022. Dkt. No. 64. After considering the parties' filings (Dkt. Nos. 68, 71, 80, 88) and for the reasons explained in the Court's ruling on the record, the Court: (1) discharges the OSC directed to Mr. Covington; (2) imposes on Circle K Stores, Inc. a $4,215.60 compensatory sanction payable to Plaintiffs on or before November 3, 2022, for Circle K's failure to participate in the August 2, 2022 Mandatory Settlement Conference with full and complete settlement authority; (3) grants the parties' related Motions to Seal (Dkt. Nos. 69, 81, 86); and (4) seals the transcript of the OSC hearing.

**IT IS SO ORDERED**.

Dated: October 13, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge