

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See Attachment | Civil Action No. 21cv1416-MMA-DEB |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court ORDERS as follows:
• The Court GRANTS Defendant's motion for summary judgment as to Claims 1, 2, and 3, and Counterclaim 1;
• The Court DENIES Plaintiffs' motion for partial summary judgment;
• The Court DENIES Plaintiffs' Daubert motion as to Dr. Umbeck;
• The Court GRANTS Defendant's Daubert motion as to Mr. Maday;
• The Court DECLINES to rule on Defendant's Daubert motions as to Dr. Luna and Mr. Boedeker.
• The Judgment in Defendant's favor and closes this case.

Date:  9/26/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ A. Santiago
A. Santiago, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 21cv1416-MMA-DEB

Plaintiffs:
Windy Cove, Inc., a California corporation; AAA Able, Inc., a California corporation, doing business as University City Mobil and South Bay; S&G Zavaro, Inc., a California corporation, doing business as Miramar Mobil; Newkirk's Santa Fe Service, Inc., a California corporation; Diamond Bar Petroleum, Inc., a California corporation, doing business as Diamond Bar Mobil; S&Z Petroleum Inc., a California corporation, doing business as Haven Mobil; Oceanside Akam Oil, Inc., a California corporation; Staffing and Management Group, Inc., a California corporation, doing business as Kazmo, LLC; HB Fuel, Inc., a California corporation; Exxonmobil Oil Corporation, Non-Party from case 4:22-mc-01193, Southern District of Texas

Defendants:
Circle K Stores, Inc., a Texas corporation; Does 1 through 20, inclusive

Counter Claimant:
Circle K Stores, Inc., a Texas corporation

Counter Defendants:
University City Mobil and South Bay; Mike's Liquor Property, LLC; Kazmo, LLC;  1809 Partners LLC; Miramar Mobil; S & G Zavaro, LLC; AAA Able, Inc., a California corporation; Newkirk's Santa Fe Service, Inc., a California corporation; Oceanside Akam Oil, Inc., a California corporation;  S&G Zavaro, Inc., a California corporation; Staffing and Management Group, Inc., a California corporation; Windy Cove, Inc., a California corporation; Sun Rise Property, LLC, agent of Sunrise Property, LLC; Mohammad Bahour; Hamid Kalhor; Inc., a California corporation