**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number)*: | FOR RECORDER'S USE ONLY |
|---|---|
| Recording requested by and return to:<br>Matthew S. Covington (SBN: 154429) / Denise H. Field (SBN: 111532)<br>BUCHALTER, A Professional Corporation<br>425 Market Street, Suite 2900<br>San Francisco, California 94105<br>TEL NO.: (415) 227-0900    FAX NO. (Optional): (415) 227-0770<br>E-MAIL ADDRESS (Optional): mcovington@buchalter.com<br>☒ ATTORNEY FOR    ☒ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD | |

UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 221 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, California 92101
BRANCH NAME: Edward J. Schwartz - United States Courthouse

PLAINTIFF: WINDY COVE, INC, etc.,
DEFENDANT: CIRCLE K STORES, INC., a Texas corporation

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    ☐ Amended

CASE NUMBER: 3:21-cv-01416-MMA-DEB

FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ```
      MOHAMMAD BAHOUR, an individual
      11342 – 11346 215th Street
      Lakewood, CA  90715
      ```
   b. Driver's license no. [last 4 digits] and state:    ☒ Unknown
   c. Social security no. [last 4 digits]: 4593    ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Attorneys for Plaintiffs and Counter-Claim Defendants Kenneth P. Roberts, Stuart E. Cohen, K.P. Roberts & Associates, A Professional Law Corporation, 6355 Topanga Canyon Boulevard, Suite 403, Woodland Hills, CA 91367; Email: kroberts@kprlawinc.com/ scohen@kprlawinc.com

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   CIRCLE K STORES, INC., a Texas corporation
   c/o Buchalter, A Professional Corporation
   425 Market Street, Suite 2900, San Francisco, CA 94105

4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: August 22, 2024
Matthew S. Covington
(TYPE OR PRINT NAME)

▶ /s/ Matthew S. Covington
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $831,711.11
7. All judgment creditors are listed on this abstract.
8. a. Judgment entered on *(date)*: February 1, 2024
   b. Renewal entered on *(date)*:
9. ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*: 8-23-24

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement regarding this abstract has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date)*:

12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action,
    b. ☐ A certified copy of the judgment is attached.
    Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: WINDY COVE, INC., etc., | COURT CASE NO.: |
|---|---|
| DEFENDANT: CIRCLE K STORES, INC., a Texas corporation | 3:21-cv-01416-MMA-DEB |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2014]   **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   Page 2 of 2


American LegalNet, Inc.
www.FormsWorkFlow.com