EJ-100

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to:<br>Matthew S. Covington (SBN: 154429)<br>Buchalter, A Professional Corporation<br>425 Market Street, Suite 2900<br>San Francisco, California 94105<br>TEL NO.: (415) 227-0900   FAX NO. *(optional):* (415) 227-0770<br>E-MAIL ADDRESS *(Optional):* mcovington@buchalter.com<br>☒ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD | |

**UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 221 West Broadway
MAILING ADDRESS: 221 West Broadway
CITY AND ZIP CODE: San Diego, California 92101
BRANCH NAME: Edward J. Schwartz - US Courthouse

PLAINTIFF: WINDY COVE, INC.
DEFENDANT: CIRCLE K STORES, INC., a Texas corporation

CASE NUMBER: 3:21-cv-01416-MMA-DEB

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
☐ FULL   ☒ PARTIAL   ☐ MATURED INSTALLMENT

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows:
   a. ☐ Full satisfaction
      (1) ☐ Judgment is satisfied in full.
      (2) ☐ The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. ☒ Partial satisfaction
      The amount received in partial satisfaction of the judgment is $600,000.00
   c. ☐ Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date):*
2. Full name and address of judgment creditor:*
   Circle K Stores, Inc., a Texas corporation; c/o Buchalter, A Professional Corporation; 425 Market Street, Suite 2900; San Francisco, CA 94105
3. Full name and address of assignee of record, if any:

4. Full name and address of judgment debtor being fully or partially released:*
   Mohammad Bahour, an individual; 11342 - 11346 215th Street, Lakewood, CA 90715
5. a. Judgment entered on *(date):* February 1, 2024
   b. ☐ Renewal entered on *(date):*
6. ☒ An   ☒ abstract of judgment   ☐ certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| Los Angeles | August 29, 2024 | 20240583355 |

7. ☐ A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: 5/14/25

▶ *Matthew S. Covington, attorney for Circle K*
(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, §§ 724.060, 724.120, 724.250

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of __SAN FRANCISCO__ )

On __May 14, 2025__ before me, __MARTHA JOSEPHINE PARVIN__,
  Date                             Here Insert Name and Title of the Officer
personally appeared __MATTHEW S. COVINGTON__
                           Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Martha Parvin__
  Signature of Notary Public

[Notary Seal: MARTHA JOSEPHINE PARVIN, Notary Public - California, Alameda County, Commission # 2486590, My Comm. Expires May 8, 2028]

Place Notary Seal Above

---------------------- OPTIONAL ----------------------
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __ACKNOWLEDGMENT - Satisfaction of Judgment__  Document Date: __5-14-2025__
Number of Pages: __2 total w/ Acknowledgment__  Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: __MATTHEW S. COVINGTON__        Signer's Name: _____
☐ Corporate Officer — Title(s): _____         ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General               ☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact             ☐ Individual   ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator       ☐ Trustee     ☐ Guardian or Conservator
☒ Other: __Attorney for Circle K.__            ☐ Other: _____
Signer Is Representing: __Circle K.__           Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907